AARON D. FORD
  Attorney General
KYLE L. HILL, Bar No.16094
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party,
Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARYN S. RICHARDSON, | Case No. 3:25-cv-00631-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | **FOR DISMISSAL WITH PREJUDICE** |
| DIKIN, *et al*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Daryn S. Richardson, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

Page 1 of 2

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 12 day of May, 2026.

By: _____
DARYN S. RICHARDSON
Plaintiff

DATED this 12th day of May, 2026

AARON D. FORD
Attorney General

By: /s/ *Kyle L. Hill*
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED    July 7, 2026

_____
UNITED STATES DISTRICT JUDGE